# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158852(97)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DETROIT ALLIANCE AGAINST THE RAIN
TAX, DETROIT IRON & METAL COMPANY,
AMERICAN IRON & METAL COMPANY,
McNICHOLS SCRAP IRON & METAL
COMPANY, MONIER KHALIL LIVING TRUST,
and BAGLEY PROPERTIES, LLC,
               Plaintiffs-Appellants,

v

CITY OF DETROIT, DETROIT WATER AND
SEWERAGE DEPARTMENT and DETROIT
BOARD OF WATER COMMISSIONERS,
               Defendants-Appellees.
_____/

SC: 158852
COA: 339176

      On order of the Chief Justice, the joint motions of the Michigan Municipal League,
the Michigan Townships Association, and the Government Law Section of the State Bar
of Michigan to file a brief amicus curiae and to extend the time for doing so are
GRANTED. The amicus brief submitted on July 17, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2020



Clerk